BLANK ROME, LLP
Attorneys for Plaintiff
DALIAN TIGER SHIPPING LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**07 CV 10690**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALIAN TIGER SHIPPING LTD.,

        Plaintiff,

-against-

SUNWOO MERCHANT MARINE CO. LTD.,

        Defendant.

---

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff DALIAN TIGER SHIPPING LTD. certifies that, according to information provided to counsel by its clients, DALIAN TIGER SHIPPING LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
               November 29, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    DALIAN TIGER SHIPPING LTD.

                                    By _____
                                       Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000