HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,

    Plaintiff,

vs.

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

    Defendant.

---

Index No.:

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO ADMIRALTY RULE 4(c)**

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of John J. Sullivan, sworn to on December 3, 2007, and good cause having been shown, it is on this 4 day of December, 2007.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendant Aspen Infrastructures, Ltd.; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant Aspen Infrastructures, Ltd.

Dated: New York, New York
       December 4, 2007

*/s/ John F. Keenan*
UNITED STATES DISTRICT JUDGE

PART I

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
DEPUTY CLERK