_Stein, J_

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

DALIAN TIGER SHIPPING, LTD.          :
    Plaintiff,                            :
                            :
            - against -              :    07 Civ. 10690 (SHS) (SDNY)
+☐                                    :
SUNWOO MERCHANT MARINE CO.    :    ORDER UPON STIPULATION OF
LTD.,                                :    DISMISSAL PURSUANT TO FRCP
                            :    RULE 41(a)(2)
    Defendant.                        :
                            :

--------------------------------------------------------X

WHEREAS Plaintiff, Dalian Tiger Shipping, Ltd. ("Dalian"), commenced this action and obtained issuance of Process of Maritime Attachment, and

WHEREAS funds belonging to Sunwoo Merchant Marine Co. Ltd. ("Sunwoo") have been restrained by garnishee banks pursuant to said Process, and

WHEREAS, Sunwoo, by its attorneys, Nourse & Bowles, LLP, has made a restricted appearance herein pursuant to Rule E (4) and (8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

WHEREAS, Plaintiff Dalian and Defendant Sunwoo have settled all disputes and claims at issue in this litigation; and

WHEREAS, the parties have agreed that the Ex Parte Order of Maritime Attachment and garnishment issued in this action on November 30, 2007 should be vacated forthwith; and

128740.00601/6640076v.1

WHEREAS, the parties have agreed that any garnishee that has been served with Process of Maritime Attachment and Garnishment in this action should immediately release any and all property attached as property of Sunwoo pursuant to instructions to be provided by Sunwoo's counsel as to where the funds should be remitted;

WHEREFORE, IT IS HEREBY ORDERED:

(1)   The Ex Parte Order of Maritime Attachment and Garnishment issued in this action on November 30, 2007 is vacated; and

(2)   Garnishee HSBC shall immediately release all funds restrained as property of Sunwoo, pursuant to instructions to be provided by Sunwoo's counsel as to where the funds should be remitted.

(3)   Upon release of all attached funds, this action together with all claims and counterclaims asserted therein shall be dismissed, without prejudice and without costs.

Dated: New York, New York
       May 28 , 2008

UNITED STATES DISTRICT JUDGE

2

128740.00601/6640076v.1



ENTRY OF THE ABOVE ORDER IS
CONSENTED TO:

BLANK ROME LLP
Attorneys for Plaintiff

By:

_____
Jack Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

NOURSE & BOWLES, LLP
Attorneys for Defendant
SUNWOO MERCHANT MARINE CO.
LTD.

By:_____
Shaun F. Carroll (SC 9898)
One Exchange Plaza
New York, New York 10006
Tel: (212) 952-6200
Fax: (212) 952-0345

128740.00601/6640076v.1